STEPHENS FRIEDLAND LLP
TODD G. FRIEDLAND, SBN 187022
todd@sf-lawyers.com
LAURA A. FORBES, SBN 151071
laura@sf-lawyers.com
4695 MacArthur Court, Suite 1550
Newport Beach, CA 92660
(949) 468-3200  Fax: (949) 468-3201

Attorneys for Defendants
ADVANCED HOME HEALTH, INC.
and ANGELA ALLEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| STELLAR HEALTH SYSTEMS, INC. AND NESTOR Z. LIM<br><br>Plaintiffs,<br><br>vs.<br><br>ADVANCED HOME HEALTH, INC., a California Corporation authorized to do business in Nevada; ANGELA ALLEN, an individual; DOES 1 through 20, inclusive and ROES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:11-cv-0666 KJM GGH<br>2:10-CV-03160-KJM-GGH<br><br>**STIPULATION TO CONSOLIDATE RELATED CASES; ORDER** |

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

Stipulation to Consolidate Related Cases;  Order         - 1 -

1  Plaintiffs Stellar Health Systems, Inc. and Nestor Z. Lim (collectively,
2  "Stellar Parties") and defendants Advanced Home Health, Inc. and Angela Allen
3  (collectively, "Advanced Parties") hereby submit the following Stipulation to
4  Consolidate Related Cases:

5  WHEREAS, Advanced Home Health, Inc. previously filed an action in this
6  district against the Stellar Parties, captioned *Advanced Home Health, Inc. v. Stellar*
7  *Health Systems and Nestor Lim*, E.D. Cal. Case No. 2:10-CV-03160-FCD-GGH
8  (the "*Advanced* action");

9  WHEREAS, the *Advanced* action is currently pending and is assigned to the
10  Honorable Kimberly J. Mueller;

11  WHEREAS, the Stellar Parties commenced the instant action, captioned
12  *Stellar Health Systems, Inc. and Nestor Z. Lim v. Advanced Home Health, Inc. and*
13  *Angela Allen* (the "*Stellar* action") in state court in Clark County, Nevada;

14  WHEREAS, the Advanced Parties petitioned for removal of the *Stellar* action
15  to U.S. District Court for the District of Nevada, and the *Stellar* action was so
16  removed on November 18, 2010;

17  WHEREAS, on the Advanced Parties' Motion to Dismiss for Improper
18  Venue or, in the Alternative, to Transfer to the Eastern District of California in
19  Accordance with Forum Selection Clause, the *Stellar* action was transferred to this
20  Court on March 10, 2011 as Case No. 2:11-CV-00666-MCE–GGH; and

21  WHEREAS, the *Stellar* action involves substantially the same parties, similar
22  claims, the same transaction, and similar questions of fact and law as the *Advanced*
23  action, such that assignment of these cases to the same judge would result in a
24  substantial savings of judicial effort.

25  / / / /
26  / / / /
27  / / / /
28

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Stellar Parties and the Advanced Parties, through their respective counsel of record herein, that the *Stellar* action be consolidated with the *Advanced* action and assigned to the Honorable Kimberly J. Mueller for all purposes.

DATED: March 28, 2011

TODD G. FRIEDLAND
STEPHENS FRIEDLAND LLP

/s/ Todd G. Friedland
By: _____
Todd G. Friedland
Attorneys for Defendants
ADVANCED HOME HEALTH, INC. and
ANGELA ALLEN

DATED: March 24, 2011

DONALD J. GREEN
LAW OFFICES OF DONALD J. GREEN

/s/ Donald J. Green
By: _____
Donald J. Green
Attorneys for Plaintiffs
STELLAR HEALTH SYSTEMS, INC. and
NESTOR Z. LIM

IT IS SO ORDERED.

DATED: April 1, 2011.

_____
UNITED STATES DISTRICT JUDGE

STEPHENS FRIEDLAND LLP
4695 MacArthur Court
Suite 1550
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

Stipulation to Consolidate Related Cases; Order     - 3 -