| | |
|---|---|
| STEPHENS FRIEDLAND LLP<br>Todd G. Friedland, SBN 187022<br>todd@sf-lawyers.com<br>4695 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>(949) 468-3200   Fax: (949) 468-3201<br><br>EHLERS LAW CORPORATION<br>Wesley C. J. Ehlers, Bar No. 181537<br>wes@ehlerslawcorp.com<br>2600 Capitol Avenue, Suite 300<br>Sacramento, CA 95816-5930<br>(916) 442-0300   Fax: (916) 650-1039<br><br>Attorneys for Plaintiff/Cross-Defendant Advanced Home Health, Inc. and Defendant Angela Allen<br><br>Donald J. Green, Esq.<br>LAW OFFICES OF DONALD J. GREEN<br>4760 South Pecos Road, Suite 103<br>Las Vegas, Nevada 89121<br>Email: CrimeLV7777@aol.com<br>Telephone (702) 388-2047<br><br>Attorneys for Defendants & Cross-Complainants Stellar Health Systems, Inc. and Nestor Z. Lim | |

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**

| | |
|---|---|
| ADVANCED HOME HEALTH, INC., a California corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>STELLAR HEALTH SYSTEMS, INC., a Nevada corporation; NESTOR LIM, an individual; and DOES 1 through 20,<br><br>              Defendants. | Case No.: 2:10-CV-03160-KJM-GGH<br>Consolidated with<br>Case No.: 2:11-CV-00666-KJM-GGH<br><br>The Honorable Kimberly J. Mueller<br><br>**ORDER AMENDING PRETRIAL SCHEDULING ORDER AND CONTINUING TRIAL AND RELATED CASE MANAGEMENT DATES** |
| STELLAR HEALTH SYSTEMS, INC., and NESTOR Z. LIM,<br><br>              Plaintiffs,<br><br>vs.<br><br>ADVANCED HOME HEALTH, INC., a California Corporation authorized to do business in Nevada; ANGELA ALLEN, an individual; DOES 1 through 20, inclusive and ROES 1 through 20, inclusive,<br><br>              Defendants. | Trial Date: July 9, 2012 |

- 1 -

ORDER FOR AMENDING PRETRIAL SCHEDULING ORDER

The Court having read and considered the Stipulation of the Parties to Amend Pretrial Scheduling Order and Continue Trial and Related Case Management Dates hereby approves the Stipulation and amends the Pretrial Scheduling Order and sets new trial and related case management dates as follows:

| EVENT | PRIOR DATE | NEW DATE |
| --- | --- | --- |
| Mediation Completion Date: | Not previously scheduled | May 18, 2012 |
| Expert Witness Designation Date: | March 12, 2012 | July 16, 2012 |
| Supplemental Expert Witness Designation: | April 2, 102 | August 13, 2012 |
| Discovery Cut-Off Date: | April 16, 2012 | August 20, 2012 |
| Expert Discovery Cut-Off Date: | May 7, 2012 | September 14, 2012 |
| Dispositive Motion Cut-Off Date: | May 16, 2012 | October 3, 2012 |
| Motions In Limine Due: | June 6, 2012 | October 10, 2012 |
| Opposition to Motions in Limine Due: | June 13, 2012 | October 17, 2012 |
| Optional Replies In Support of Motions In Limine Due: | June 20, 2012 | October 24, 2012 |
| Joint Pretrial Conference Statement Due: | June 20, 2012 | October 24, 2012 |
| Trial Briefs Due: | June 25, 2012 | October 29, 2012 |
| Pretrial Conference Date: | June 27, 2012 | November 1, 2012 at 3:30 p.m. |
| Trial Date: | July 9, 2012 | November 13, 2012 at 9:00 a.m. |

DATED: March 14, 2012.

_____
UNITED STATES DISTRICT JUDGE